THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **ANTHONY ROGERS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HEYL TRUCK LINES INC.**, a Foreign Profit Corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 3:24-cv-05546-DGE<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR INITIAL DISCLOSURES, JOINT STATUS REPORT, DISCOVERY, DEPOSITIONS, AND EARLY SETTLEMENT**<br><br>NOTE ON MOTION CALENDAR: AUGUST 12, 2024<br><br>***(Clerk's Action Required)*** |

STIPULATION EXTENDING DEADLINES FOR INITIAL DISCLOSURES,
JOINT STATUS REPORT, DISCOVERY, DEPOSITIONS, AND
EARLY SETTLEMENT – 1
CASE NO. 3:24-CV-05546-DGE

ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON 98406
253.625.7720

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties hereby stipulate to and jointly request a brief continuance of the early case deadlines set by the Court. In support of this stipulation, the Parties state as follows:

1. The Court issued its Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions and Early Settlement on July 11, 2024. ECF No. 6. Therein, the Court set the following deadlines:

    a. Deadline for FRCP 26(f) Conference – September 25, 2024

    b. Initial Disclosures Pursuant to FRCP 26(a)(1) – October 2, 2024

    c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) – October 9, 2024

2. The Parties are discussing potential resolution of the action through an exchange of informal discovery and mediation, and the parties have scheduled a private mediation on September 30, 2024.

3. As such, the Parties respectfully request that the Court extend each of the deadlines set forth in the July 11, 2024 Order by 30 days. This stipulation for an extension of time is made in good faith and is not made for purposes of undue delay.

Dated this 12th day of August, 2024.

| | |
|---|---|
| */s/Craig J. Ackermann* | */s/Darren Feider* |
| Craig J. Ackermann, WSBA #53330 | Darren Feider, WSBA #22430 |
| cja@ackermanntilajef.com | dfeider@sbj.law |
| Brian Denlinger, WSBA #53177 | Tina Aiken, WSBA #27792 |
| bd@ackermanntilajef.com | taiken@sbj.law |
| Avi Kreitenberg, WSBA #53294 | SEBRIS BUSTO JAMES |
| ak@ackermanntilajef.com | 15375 SE 30th Pl., Ste. 310 |
| ACKERMANN & TILAJEF, P.C. | Bellevue, WA 98007-6500 |
| 2602 N. Proctor St., #205 | Telephone:   425-454-4233 |
| Tacoma, WA 98406 | *Attorneys for Defendant* |
| Tel: 253-625-7720 | |
| Fax: 310-277-0635 | |
| *Attorneys for Plaintiff* | |

STIPULATION EXTENDING DEADLINES FOR INITIAL DISCLOSURES, JOINT STATUS REPORT, DISCOVERY, DEPOSITIONS, AND EARLY SETTLEMENT – 2
CASE NO. 3:24-CV-05546-DGE

ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON  98406
253.625.7720

**ORDER**

IT IS SO ORDERED.

The deadlines are reset as follows:

    a. Deadline for FRCP 26(f) Conference – October 25, 2024

    b. Initial Disclosures Pursuant to FRCP 26(a)(1) – November 1, 2024

    c. Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) – November 8, 2024

    d. Scheduling Conference is reset for November 15, 2024, at 1:30 p.m. in courtroom B via Zoom before U.S. District Judge David G. Estudillo.

DATED this 14th day of August, 2024.

David G. Estudillo
United States District Judge

STIPULATION EXTENDING DEADLINES FOR INITIAL DISCLOSURES, JOINT STATUS REPORT, DISCOVERY, DEPOSITIONS, AND EARLY SETTLEMENT – 3
CASE NO. 3:24-CV-05546-DGE

ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON 98406
253.625.7720