THE HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **ANTHONY ROGERS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**HEYL TRUCK LINES INC.**, a Foreign Profit Corporation, and DOES 1-10, inclusive,<br><br>Defendant. | CASE NO. 3:24-cv-05546-DGE<br><br>**STIPULATION AND ORDER TO REMAND** |

The Parties hereby stipulate to and jointly request to remand the Action to Pierce County Superior Court. In support of this stipulation, the Parties state as follows:

1. On June 10, 2024, Plaintiff Anthony Rogers ("Plaintiff") filed his Class Action Complaint in Pierce County Superior Court.

2. On July 9, 2024, Defendant Heyl Truck Lines, Inc. removed the Action to the Western District of Washington at Tacoma [Dkt No. 1].

3. Shortly thereafter, the Parties agreed to explore early resolution of the Action through private mediation after an early exchange of informal discovery.

STIPULATION TO REMAND – 1
CASE NO. 3:24-CV-05546-DGE

ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON 98406
253.625.7720

4. On September 30, 2024, the Parties attended a full-day, private mediation with experienced wage and hour mediator Matthew Turetsky.

5. At the September 30, 2024, the Parties agreed to resolve the Action on a class basis and memorialized their agreement in a Memorandum of Understanding.

6. Pursuant to the Parties' agreement, the Parties agreed to seek settlement approval through the state court action in Pierce County Superior Court.

Dated this 7th day of October, 2024.

| | |
|---|---|
| */s/Craig J. Ackermann* | */s/Darren Feider* |
| Craig J. Ackermann, WSBA #53330 | Darren Feider, WSBA #22430 |
| cja@ackermanntilajef.com | dfeider@sbj.law |
| Brian Denlinger, WSBA #53177 | Tina Aiken, WSBA #27792 |
| bd@ackermanntilajef.com | taiken@sbj.law |
| Avi Kreitenberg, WSBA #53294 | SEBRIS BUSTO JAMES |
| ak@ackermanntilajef.com | 15375 SE 30th Pl., Ste. 310 |
| ACKERMANN & TILAJEF, P.C. | Bellevue, WA 98007-6500 |
| 2602 N. Proctor St., #205 | Telephone:   425-454-4233 |
| Tacoma, WA 98406 | *Attorneys for Defendant* |
| Tel: 253-625-7720 | |
| Fax: 310-277-0635 | |
| *Attorneys for Plaintiff* | |

STIPULATION TO REMAND – 2
CASE NO. 3:24-CV-05546-DGE

ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON  98406
253.625.7720

1  **ORDER**

2  IT IS SO ORDERED.

3  This action shall be remanded to Pierce County Superior Court.

4  DATED this 8th day of October, 2024.

David G. Estudillo
United States District Judge

STIPULATION TO REMAND – 3
CASE NO. 3:24-CV-05546-DGE

ACKERMANN & TILAJEF, P.C.
2602 N PROCTOR ST., SUITE 205
TACOMA, WASHINGTON  98406
253.625.7720